·No. 231.  EDWARD A. SHEDD ET AL. *v.* GUARDIAN TRUST
COMPANY ET AL.  Appeal from the District Court of the
United States for the Western District of Missouri.
Argued April 28, 1920.  Decided May 17, 1920.  *Per
Curiam.*  Dismissed for want of jurisdiction upon the
authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire
State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232;
*Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United
States*, 236 U. S. 216, 218; *Sugarman* v. *United States*, 249
U. S. 182, 184.  *Mr. J. C. Rosenberger*, with whom *Mr. O.
H. Dean* was on the brief, for appellants.  *Mr. Charles*

W. *German* and *Mr. J. D. Bowersock*, with whom *Mr. Delbert J. Haff* was on the brief, for appellees.